UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself
and others similarly situated,

    Case No.: 22-CV-01678-RPK

             Plaintiff,

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

    v.

LITTLE BEET TABLE, LLC.,

             Defendant.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ELBERT DAWKINS ("Plaintiff") and Defendant LITTLE BEET TABLE, LLC., ("Defendant"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       September __22__, 2022

| STEIN SAKS, PLLC | KAUFMAN DOLOWICH & VOLUCK, LLP |
|---|---|
| By: _/s/ Mark Rozenberg_ | By: _/s/ M Cartaya_ |
| Mark Rozenberg, Esq. | Melissa Cartaya, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| One University Plaza, Suite 620 | 245 Main Street, Suite 330 |
| Hackensack, NJ 07601 | White Plains, New York 10601 |
| Email: mrozenberg@steinsakslegal.com | Email: mcartaya@kdvlaw.com |

**SO ORDERED:**

_____
HON.